IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ALAN R. BACKLUND,**
    **Plaintiff,**

v.                                                    Case No. 5:06cv245/MCR/MD

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**
_____/

**O R D E R**

This case is before the court upon remand by the Eleventh Circuit Court of Appeals, which directs that the matter should be returned to the Commissioner of Social Security for further administrative proceedings.

Accordingly, it is ORDERED as follows:

1.    This case is REMANDED to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).

2.    Judgment shall be entered accordingly.

**DONE AND ORDERED** this 24th day of October, 2008.

                                                  *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **UNITED STATES DISTRICT JUDGE**